AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 788055-21-0026 | Date and time warrant executed: 3/30/21 | Copy of warrant and inventory left with: |
| Inventory made in the presence of : SA MARK SONNENDECKER |||
| Inventory of the property taken and name of any person(s) seized: <br><br> ALL DATA AND CONTENTS OF THE MOTOROLA PHONE BELONGING TO JOHNNY MCCASLIN. |||

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:05 pm, Apr 02, 2021*
**JEFFREY P. COLWELL, CLERK**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/2/21

*Executing officer's signature*

SA LYNN THROOP 6224
*Printed name and title*